**Stephen SHIELDS, Plaintiff—Appellant,**

v.

**FAIRFAX COUNTY PUBLIC SCHOOLS; Carolyn Robinson, Fairfax County Public Schools; Sherman Harriston, Fairfax County Public Schools; Emanuel Calloway, Fairfax County Public Schools, Defendants—Appellees.**

No. 05–6058.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 6, 2005.

Stephen Shields, Appellant pro se.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Shields appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shields v. Fairfax County Pub. Sch.*, No. CA–04–631–2 (E.D.Va. Dec. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*